IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR271 |
| | ) | |
| vs. | ) | |
| | ) | |
| MARIA REYES-MONGE and | ) | ORDER |
| ORLANDO BREWER, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court on the defendant Maria Reyes-Monge's Unopposed Motion to Continue Trial [39] and defendant Orlando Brewer's Unopposed Motion to Continue [40]. Counsel for both defendants need additional time to prepare for the matter as well as negotiate a resolution short of trial. For good cause shown,

**IT IS ORDERED** that the Unopposed Motions to Continue Trial [39] and [40] are granted, as follows:

1. The jury trial now set for February 28, 2023, is continued to **May 30, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 30, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: February 23, 2023.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge